**DISMISS and Opinion Filed October 10, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-22-00496-CV**
_____

**KIMBERLY A. KRAMER, Appellant**

**V.**

**WESTDALE CBS TOWER GP, INC., WESTDALE CBS TOWER, L.P. AND BAGBY ELEVATOR COMPANY, INC., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-07616**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Goldstein
Opinion by Justice Reichek

The filing fee, docketing statement, and clerk's record in this case have not been filed. By postcards dated May 24, 2022 and July 15, 2022, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated May 24, 2022, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. On August 17, 2022, we sent a letter informing

appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification she had either paid for or made arrangements to pay for the record or was entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

220496F.P05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KIMBERLY A. KRAMER,
Appellant

No. 05-22-00496-CV      V.

WESTDALE CBS TOWER GP,
INC., WESTDALE CBS TOWER,
L.P. AND BAGBY ELEVATOR
COMPANY, INC., Appellees

On Appeal from the 68th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-07616.
Opinion delivered by Justice
Reichek. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered October 10, 2022